**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. <u>R.</u> 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2671-23

JENNIFER KACKOS,

      Petitioner-Appellant,

v.

BOARD OF TRUSTEES,
TEACHERS' PENSION AND
ANNUITY FUND,

      Respondent-Respondent.

_____

> Argued October 1, 2025 – Decided December 15, 2025
>
> Before Judges Paganelli and Vanek.
>
> On appeal from the Board of Trustees of the Teachers' Pension and Annuity Fund, Department of the Treasury, Agency Docket No. TPAF No. xx0030.
>
> Barbara E. Riefberg argued the cause for appellant (Shimberg & Friel, PC, attorneys; Barbara E. Riefberg, on the briefs).
>
> Roza Dabaghyan, Deputy Attorney General, argued the cause for respondent (Matthew J. Platkin, Attorney General, attorney; Janet Greenberg Cohen, Assistant

Attorney General, of counsel; Roza Dabaghyan, on the brief).

PER CURIAM

We were advised after oral argument that the parties have executed a stipulation of dismissal with prejudice. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is
a true copy of the original on file in
my office.

M.C. Harley

Clerk of the Appellate Division

A-2671-23